IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BASILIO TOVAR, and <br> RUBI ESPARZA, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSUE RODRIGUEZ, <br><br> *Defendant.* | § <br> § <br> § <br> § <br> § <br> §   CIVIL ACTION NO. 3:23-cv-1758 <br> § <br> § <br> § <br> § |

## JOINT STATEMENT PROPOSING A DISCOVERY SCHEDULE

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

Plaintiffs, Basilio Tovar and Rubi Esparza, and Defendant Josue Rodriguez (collectively, "the Parties"), pursuant to this Court's Order (ECF 22), submit this Joint Statement Proposing A Discovery Schedule.

On February 23, 2024, Plaintiffs filed their Unopposed Motion for Leave of Court to Conduct Limited Discovery on Qualified Immunity. (ECF 20). On February 26, 2024, this Court issued an Order granting that motion and directing the parties to file a joint statement proposing a discovery schedule no later than March 8, 2024. (ECF 22). Accordingly, the Parties submit this Joint Statement Proposing A Discovery Schedule.

## PROPOSED DISCOVERY SCHEDULE

The Parties propose the following discovery schedule:

- Plaintiffs' approved discovery requests to Defendant by February 29, 2024.

- Defendant's responses by April 1, 2024.

- Plaintiffs' deadline to file motion with the Court to request additional discovery based off Defendant's responses by April 30, 2024.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully ask the Court to issue an order incorporating the above dates into a Discovery Order in this case, and for such other and further relief to which they may be entitled, general or special, at law or in equity.

*/s/ James P. Roberts*
JAMES P. ROBERTS,
Texas Bar No. 24105721
SCOTT H. PALMER,
Texas Bar No. 00797196
BREANTA BOSS,
Texas Bar No. 24115768

SCOTT H. PALMER, P.C.
15455 Dallas Parkway, Suite 540
Addison, Texas 75001
Telephone: 214.987.4100
Facsimile: 214.922.9900
james@scottpalmerlaw.com
scott@scottpalmerlaw.com
breanta@scottpalmerlaw.com

**COUNSEL FOR PLAINTIFFS**

CITY ATTORNEY OF THE CITY OF DALLAS
Tammy L. Palomino
Interim City Attorney

*/s/ Lindsay Wilson Gowin (signed with permission)*
Lindsay Wilson Gowin
Senior Assistant City Attorney
Texas State Bar No. 00795793
lindsay.gowin@dallas.gov

7DN Dallas City Hall
1500 Marilla Street
Dallas, Texas 75201
Telephone: 214-670-3519
Telecopier: 214-670-0622

**ATTORNEY FOR DEFENDANT**

## **CERTIFICATE OF CONFERENCE**

I certify that on February 26, 2024, Plaintiff's counsel James P. Roberts reached out to Defendant's counsel Lindsay Wilson Gowin regarding this joint statement and the Parties agree.

/s/ *James P. Roberts*
JAMES P. ROBERTS

## **CERTIFICATE OF SERVICE**

I certify that on February 27, 2024, a copy of this motion was served on all parties of record via the Court's CM/ECF filing system.

/s/ *James P. Roberts*
JAMES P. ROBERTS